El Pueblo de Puerto Rico, demandante y apelado, *v.* Rafael Cabán Bordoy c/p Pipe, acusado y apelante.

*Números:* CR-62-3, CR-62-4    *Resueltos:* 26 de diciembre de 1962

César Andréu Ribas, abogado del apelante; *J. B. Fernández Badillo, Procurador General,* y *Héctor R. Orlandi Gómez, Procurador General Auxiliar,* abogados de El Pueblo.

Sala integrada por el Juez Presidente Señor Negrón Fernández y los Jueces Asociados Señores Blanco Lugo y Ramírez Bages.

PER CURIAM: ▮ El apelante fue convicto de dos infracciones a la sección 4 de la Ley Núm. 220 de 15 de mayo de 1948, 33 L.P.R.A. sec. 1250, y sentenciado a ocho meses de cárcel en cada caso, para ser cumplidos en forma concurrente. En el alegato presentado no se particularizan los errores que se apuntan, pero del extenso análisis de la prueba y del señalamiento de aparentes contradicciones y supuestas manifestaciones inverosímiles del testimonio del agente encubierto, único testigo de cargo, se deduce que se impugna la apreciación de la prueba y el efecto legal de la misma considerado conjuntamente con la duda razonable que favorece a todo acusado. Sin embargo, después de leer la transcripción, no encontramos razón de peso alguna para alterar la determinación del juez de instancia en su función de pesar la evidencia. Es

posible que el testigo mencionado incurriera en algunas contradicciones en su testimonio, pero realmente ninguna es sustancial ni afecta fundamentalmente los hechos básicos que sostienen la convicción. *Pueblo* v. *Seda*, 82 D.P.R. 719 (1961), con. en 299 F.2d 576 (CA 1, 1962), cert. denegado 369 U.S. 904 (1962). ■

En el curso de la declaración de un testigo de la defensa surgió que éste había prestado una declaración ante el fiscal. Se solicitó la entrega de esta declaración. El tribunal se negó a ello. La regla enunciada en *Pueblo* v. *Ribas*, 83 D.P.R. 386 (1961), se refiere a la entrega por el fiscal de las declaraciones de los testigos de cargo. Véase también, *Pueblo* v. *Díaz Díaz*, 86 D.P.R. 558 (1962). Además, aparece del récord que la declaración no se relacionaba con el caso que se ventilaba, sino con otra acusación contra otra persona por infracción a la Ley de la Bolita. Tampoco constituyó error esta actuación del tribunal.

*Se confirmarán las sentencias dictadas por el Tribunal Superior, Sala de Aguadilla, en 7 de septiembre de 1961.*